STATE of Missouri, Respondent,

v.

Janice MOORE, Appellant.

No. ED 76811.

Missouri Court of Appeals,
Eastern District,
Division Two.

Sept. 19, 2000.

Motion for Rehearing and/or Transfer to Supreme Court Denied Nov. 2, 2000.

Application for Transfer Denied
Dec. 5, 2000.

Mary S. Choi, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Stacy L. Anderson, Asst. Atty. Gen., Jefferson City, for respondent.

Before CLIFFORD H. AHRENS, P.J., WILLIAM H. CRANDALL, Jr., and JAMES R. DOWD, JJ.

## ORDER

PER CURIAM.

Defendant, Janice Moore, appeals from the judgment entered after a jury found her guilty of assault in the first degree and felonious restraint. We have reviewed the briefs and the record on appeal. No error of law appears and no jurisprudential purpose would be served by a written opinion.

The judgment is affirmed pursuant to Rule 30.25(b).